IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                              Civil Action 2:10-CV-551
                                  Judge Sargus
                                  Magistrate Judge King

JOHN J. KNABB, et al.,

        Defendants.

### ORDER

The United States seeks injunctive relief requiring the removal by defendants of structures that allegedly violate and interfere with plaintiff's flowage easement rights. This matter is now before the Court on the joint motion of the parties to stay the action until July 23, 2012, in order to permit the phased abatement by the defendants of the offending encroachments. Doc. No. 10.

The joint motion of the parties, Doc. No. 10, is **GRANTED**.

This action is **ADMINISTRATIVELY CLOSED**. The action will be reopened, however, upon motion by any party.

The Clerk shall remove this action from the Court's pending case and motions lists.

3-31-2011
Date

                                            Edmund A. Sargus, Jr.
                                            United States District Judge